```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

**IT IS SO ORDERED**
*Judge Vaughn R Walker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br><br> Plaintiff, <br><br> vs. <br><br> HUSTEAD'S COLLISION CENTER, INC., a California corporation doing business as HUSTEAD'S AUTO SERVICE <br><br> Defendant. | NO.  C 10 1032 VRW <br><br> NOTICE OF VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing a Case Management Conference set for June 17, 2010 at 3:30 p.m., in Courtroom No. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: April 26, 2010                         ERSKINE & TULLEY

                                              By: /s/Michael J. Carroll
                                                  Michael J. Carroll
                                                  Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On April 26, 2010 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Hustead's Collision Center, Inc.
2037 Durant Avenue
Berkeley, CA 94704**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2010 at San Francisco, California.


                                              /s/Sharon Eastman
                                              Sharon Eastman